UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | ) | Bankruptcy Case No: 17-01089/HB |
|---|---|---|
| | ) | Chapter 13 |
| Victor Abraham | ) | |
| aka Victor P. Abraham | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

### CONSENT ORDER GRANTING RELIEF FROM THE STAY

This matter came before me upon the motion of Specialized Loan Servicing LLC, as servicing agent for Cascade Funding Mortgage Trust 2017-1, ("Movant") seeking relief from the automatic stay pursuant to 11 U.S.C. Section 362(d). Prior to a hearing on this matter, the Court was advised that the Debtor, by and through his attorney, and the Trustee consent to the granting of the following relief. Accordingly, on the motion of Specialized Loan Servicing LLC and with the consent of the attorney for the Debtor, and the Trustee,

IT IS ORDERED that the automatic stay, pursuant to 11 U.S.C. Section 362(d) is modified to allow Movant to enforce its Mortgage interest and state law rights in the collateral securing its claim, specifically: **real estate located at 181 Hunter Park Drive, York, South Carolina 29745.** Movant agrees to waive any claim that may arise under 11 U.S.C. §§ 503(b) or 507 (b) as a result of this Order and that any funds realized from the disposition of the collateral, in excess of all liens, costs, and expenses, will be paid to the Trustee.

IT IS FURTHER ORDERED that the Stay of this Order is hereby vacated pursuant to F.R.B.P. 4001(a)(3) to avoid further injury to Movant.

**FILED BY THE COURT**
**01/23/2018**



US Bankruptcy Judge
District of South Carolina

Entered: 01/23/2018

Bankruptcy Case No: 17-01089/HB

WE CONSENT

JOHNSON LAW FIRM, P.A.

By: _____
Lawrence W. Johnson, Jr.
District Court ID 2200
Post Office Box 883
Columbia, South Carolina  29202
(803) 771-1500
Attorney for Specialized Loan Servicing LLC


By:    /S/ Daniel A. Stone
       Daniel A. Stone, Esquire
       PO Box 3884
       Irmo, SC 29063
       (803) 407-6565
       Attorney for the Debtor


By:    /S/ Gretchen D. Holland
       Gretchen D. Holland
       Chapter 13 Trustee
       20 Roper Corners Circle, Suite C
       Greenville, SC 29615
       (864) 242-0314